Dustin L. Clark (UT Bar #12003)
HEPWORTH LEGAL
320 W 500 S, Suite 200
Bountiful, Utah 84010
(801) 872-2222
Dustin@HepworthLegal.com
*Attorneys for Defendant V & K Investments, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LINDA SUDA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>V & K INVESTMENTS, LLC, a Utah limited liability company; John Does I-X; XYZ Corporations and/or Limited Liability Companies I-X,<br><br>　　　　Defendants. | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:22-cv-00711-DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff Linda Suda and Defendant V & K Investments, LLC, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice, each party to bear her own or its own attorneys' fees and costs of action.

| | |
|---|---|
| DATED: June 28, 2023 | DATED: June 28, 2023 |
| FORD & CRANE PLLC | HEPWORTH LEGAL |
| /s/ *Matthew B. Crane (e-signed with permission)*<br>Matthew B. Crane<br>*Attorneys for Plaintiff* | /s/ *Dustin L. Clark*<br>Dustin L. Clark<br>*Attorneys for Defendant* |