UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LINDA SUDA,<br><br>  Plaintiff,<br><br>v.<br><br>V & K INVESTMENTS, LLC, a Utah limited liability company; John Does I-X; XYZ Corporations and/or Limited Liability Companies I-X,<br><br>  Defendants. | ORDER OF DISMISSAL<br>WITH PREJUDICE<br><br>Case No. 2:22-cv-00711-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

Based on the joint stipulation to dismiss with prejudice filed by the parties (ECF No. 14), and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that the above-captioned action is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 10th day of July, 2023.

BY THE COURT:

_(signature)_
Tena Campbell
United States District Judge